UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

Filed 7-2-07
Clerk, U. S. District Court
Western District of Texas
By _____
Deputy

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | CRIMINAL NO: |
| vs. | § | EP:07-CR-00243(1)-DB |
| | § | |
| (1) CYNTHIA SARINANA | § | |

## LIST OF WITNESSES

FOR *Government*

1. Patrick DeFrancesca
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.

FOR DEFENDANT

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.